ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| RQ-DPR JV | ) ASBCA No. 64507 |
| | ) |
| Under Contract No. N40085-18-C-0637 | ) |

APPEARANCES FOR THE APPELLANT:    Richard J. Pinto, Esq.
                                                Robert J. Marks, Esq.
                                                  Peckar & Abramson, P.C.
                                                  San Diego, CA

APPEARANCES FOR THE GOVERNMENT:    Allison M. McDade, Esq.
                                                  Navy Chief Trial Attorney
                                              Jacquelyn C. Fiorello, Esq.
                                                  Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE EYESTER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant. It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained.

In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $138,207.95. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: April 27, 2026

_____
LAURA J.EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


_____                   _____
J. REID PROUTY                                    MICHAEL N. O'CONNELL
Administrative Judge                              Administrative Judge
Acting Chairman                                   Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                               of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 64507, Appeal of RQ-DPR JV, rendered in conformance with the Board's Charter.

      Dated: April 27, 2026


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals